McGREGOR W. SCOTT
United States Attorney
MARLON COBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. F-04-5355 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE CHANGE OF PLEA HEARING |
| v. ) | |
| ) | |
| SEMPER TRUCK LINES, INC.; ) | |
| JOEL FLORES; ) | |
| JOSE MARIA GARCIA-LEON, ) | |
| a/k/a, "Ruben Garcia;" ) | |
| JESUS SERNA LUNA, ) | |
| a/k/a, "Chewy Luna;" ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the status hearing in this case currently set for May 5, 2005 at 9:00 a.m. be continued to May 31, 2005 at 9:00 a.m.

This continuance is jointly requested by the parties (1) in order to allow time for the government to finalize and memorialize the recently agreed-upon corporate and individual plea agreements; and (2) for defense counsel to effectively prepare by reviewing

1  said plea agreements and discuss them with their respective
2  clients. Pursuant to 18 U.S.C. § 3161(8)(A)and (B)(iv), the
3  parties request that the Court grant an exclusion of time under
4  the Speedy Trial Act.

5  DATED: May 4, 2005                McGREGOR W. SCOTT
                                     United States Attorney
6
7                                         /s/ Marlon Cobar
                                     By
8                                      MARLON COBAR
                                     Assistant U.S. Attorney
9
10
                                     /s/ Roger T. Nuttall
11 DATED: May 4, 2005                _____
                                     ROGER T. NUTALL
12                                   Attorney for Defendant
                                     Semper Truck Lines, Inc.
13
14
                                     /s/ Mark W. Coleman
15 DATED: May 4, 2005                _____
                                     MARK W. COLEMAN
16                                   Attorney for Defendant
                                     Semper Truck Lines, Inc.
17
18
                                     /s/ John F. Garland
19 DATED: May 4, 2005                _____
                                     JOHN F. GARLAND
20                                   Attorney for Defendant
                                     Joel Flores
21
22
                                     /s/ John B. Smurr
23 DATED: May 4, 2005                _____
                                     JOHN SMURR
24                                   Attorney for Defendant
                                     Jose Maria Garcia-Leon
25
26                                   /s/ Dale A. Blickenstaff
   DATED: May 4, 2005                _____
27                                   DALE BLICKENSTAFF
                                     Attorney for Defendant
28                                   Jesus Serna Luna

2

<u>ORDER</u>

IT IS HEREBY ORDERED THAT the change of plea hearing in this case currently set for may 9, 2005 at 9:00 a.m. be continued to May 31, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that Pursuant to 18 U.S.C. § 3161 (h)(8)(A)and (B)(iv), time under the Speedy Trial Act be excluded from May 9, 2005 to May 31, 2005.  The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendant in a speedy trial. The Court further finds that denying this exclusion would unreasonably deny the defendants reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

**Dated:   May 6, 2005**                          **/s/ Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE