```
                                                       FILED

 1  McGREGOR W. SCOTT
    United States Attorney                     2005 JUN 16 P 3: 10
 2  MARLON COBAR
    Assistant U.S. Attorney                    CLERK, U S DIST COURT
 3  3654 Federal Building                      EASTERN      CALIF
    1130 "O" Street
 4  Fresno, California 93721                   BY_____
    Telephone: (559) 498-7272                             DPY
 5

 6

 7

 8           IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   CR. NO. F-04-5355 AWI
                                 )
12              Plaintiff,       )   STIPULATION AND [PROPOSED]
                                 )   ORDER TO CONTINUE CHANGE OF
13        v.                     )   PLEA HEARING
                                 )
14  SEMPER TRUCK LINES, INC.;    )
    JOEL FLORES;                 )
15  JOSE MARIA GARCIA-LEON,      )
      a/k/a, "Ruben Garcia;"     )
16  JESUS SERNA LUNA,            )
      a/k/a, "Chewy Luna;"       )
17                               )
                                 )
18              Defendants.      )
    _____)
19
```

The parties herein, through their respective counsel, hereby agree and stipulate that the status hearing in this case currently set for May 31, 2005 at 9:00 a.m. be continued to June 27, 2005 at 9:00 a.m.

This continuance is jointly requested by the parties for corporate and individual defendants' defense counsel to effectively prepare by reviewing the plea agreements extended by the government and discuss them with their respective clients.

```
 1        Pursuant to 18 U.S.C. § 3161(8)(A) and (B)(iv), the parties
 2   request that the Court grant an exclusion of time under the Speedy
 3   Trial Act.
 4   DATED: May 25, 2005              McGREGOR W. SCOTT
                                      United States Attorney
 5
 6                                           /s/ Marlon Cobar
                                      By
 7                                      MARLON COBAR
                                        Assistant U.S. Attorney
 8
 9
                                      /s/ Roger T. Nuttall
10   DATED: May 25, 2005              _____
                                      ROGER T. NUTALL
11                                    Attorney for Defendant
                                      Semper Truck Lines, Inc.
12
13
                                      /s/ Mark W. Coleman
14   DATED: May 25, 2005              _____
                                      MARK W. COLEMAN
15                                    Attorney for Defendant
                                      Semper Truck Lines, Inc.
16
17
                                      /s/ John F. Garland
18   DATED: May 25, 2005              _____
                                      JOHN F. GARLAND
19                                    Attorney for Defendant
                                      Joel Flores
20
21
                                      /s/ John B. Smurr
22   DATED: May 25, 2005              _____
                                      JOHN SMURR
23                                    Attorney for Defendant
                                      Jose Maria Garcia-Leon
24
25
                                      /s/ Dale A. Blickenstaff
26   DATED: May 25, 2005              _____
                                      DALE BLICKENSTAFF
27                                    Attorney for Defendant
                                      Jesus Serna Luna
28
```

ORDER

IT IS HEREBY ORDERED THAT the change of plea hearing in this case currently set for May 31, 2005 at 9:00 a.m. be continued to June 27, 2005 at 9:00 a.m.

IT IS FURTHER ORDERED that Pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), time under the Speedy Trial Act be excluded from May 31, 2005 to June 27, 2005. The Court finds that the ends of justice served by granting this exclusion outweigh the best interest of the public and the defendants in a speedy trial. The Court further finds that denying this exclusion would unreasonably deny the defendants reasonable time for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: June 16, 2005

HON. ANTHONY W. ISHII
United States District Court Judge

3